# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2533

_____

|  |  |  |
|---|---|---|
| Thomas Waller, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| Henry Carol Morris, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: July 28, 2000
Filed: August 1, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Thomas Waller, an Arkansas inmate, appeals the district court's[1] dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) of his 42 U.S.C. § 1983 action against his court-appointed criminal defense attorney, Henry Carol Morris. Having carefully reviewed the record, we agree with the district court that Morris was not a state actor amenable

_____

[1]The HONORABLE HARRY F. BARNES, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the HONORABLE BOBBY E. SHEPHERD, United States Magistrate Judge for the Western District of Arkansas.

to suit under section 1983.  <u>See</u> <u>Polk County v. Dodson</u>, 454 U.S. 312, 325 (1981).
Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

We deny appellant's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.